UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM ALBERT RUSSELL,

        Plaintiff,

                                       Case No: 1:25-cv-977

v.

                                       HON. ROBERT J. JONKER

CITY OF LANSING et al.,

        Defendants.

_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S
### REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 17, 2026 (ECF No. 13). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** Defendants' motions to dismiss (ECF No. 8) is **GRANTED** and the case is **DISMISSED.**

Dated:   <u>April 10, 2026</u>         <u>/s/ Robert J. Jonker</u>
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE